UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>MAURICIO UMANSKY et al.,<br><br>　　　Defendants. | Case No. 2:23-cv-05625-SB-PD<br><br>ORDER TO SHOW CAUSE |

　　　Defendants' motion to dismiss states that Relator LLC (Relator) failed to respond to repeated efforts to meet and confer, necessitating the filing of Defendants' motion.  Dkt. No. 33-2.  In advance of bringing their motion to dismiss, defense counsel emailed a meet and confer letter to Relator's counsel on October 10, 2024, following up again on October 14 and 16.  *Id.* ¶ 2.  After Relator failed to respond, Defendants filed their motion.

　　　Relator's failure to engage in the meet and confer process violated Local Rule 7-3 and the Court's standing order.  *See* Dkt. No. 6.  Relator is ordered to show cause, in writing, by November 4, 2024, why the Court should not dismiss this action for lack of prosecution or impose sanctions on Relator and its counsel for violating the local rules and the Court's standing order.

Date: October 29, 2024

　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge