JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. RELATOR LLC et al., <br><br> Plaintiff, <br><br> v. <br><br> MAURICIO UMANSKY et al., <br><br> Defendants. | Case No. 2:23-cv-05625-SB-PD <br><br><br> FINAL JUDGMENT |

For the reasons stated in the Court's January 14, 2025 order granting in part Defendants' motion to dismiss and the separate order granting Defendant The Agency Holdco's motion for summary judgment entered this day, Plaintiff-Relator's claims are dismissed on the merits with prejudice.

This is a final judgment.


Date: July 28, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1