| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 12 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

United States of America, ex rel. RELATOR LLC, a California limited liability company,

        Plaintiff - Appellant,

and

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

 v.

THE AGENCY HOLDCO, INC., a Delaware corporation; et al.,

        Defendants - Appellees.

No. 25-5598

D.C. No. 2:23-cv-05625-SB-PD
Central District of California, Los Angeles

ORDER

Pursuant to the stipulation (Docket Entry No. 9), this appeal is dismissed.

*See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT